UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM M. MAGEE, A PROFESSIONAL LAW CORPORATION D/B/A MAGEE & DEVEREUX | * | CIVIL ACTION |
| VERSUS | * | NO. 06-275 |
| NATIONAL FIRE INSURANCE CO. OF HARTFORD | * | SECTION "L"(5) |

**ORDER**

Before the Court is the Plaintiff's Motion to Remand the above-captioned matter to the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana. The motion was set for hearing on Wednesday, March 15, 2006; however, counsel for Defendant has indicated that the Defendant does not oppose the motion under the conditions stated in this Order.

In support of its Motion to Remand, Plaintiff filed an Affidavit signed by the litigant that states that the amount in controversy in this case does not exceed $75,000. The Court conferred with counsel on March 13, 2006, and counsel agreed to add the additional stipulation:

IT IS AGREED that the Plaintiff, William M. Magee, A Professional Law Corporation, shall neither seek nor accept an award in any court, from either judge or jury, in excess of $75,000 in this matter. If Plaintiff receives an award in excess of $75,000, Plaintiff shall decline to execute upon the amount in excess of $75,000, exclusive of interest and costs.

Considering Plaintiff's Motion to Remand and the above stipulation, IT IS ORDERED that Plaintiff's Motion to Remand is GRANTED. IT IS ORDERED that the case be remanded to the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana.

IT IS FURTHER ORDERED that the Preliminary Conference scheduled in this matter for April 5, 2006 is hereby CANCELLED.

New Orleans, Louisiana, this 13th day of March, 2006.

United States District Judge